**Kenneth BROWN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27894.

Court of Criminal Appeals of Texas.

Dec. 7, 1955.

No appearance for appellant.

Dan Walton, Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is indecent fondling of a minor female; the punishment, six months in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.